UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY JAMES HAMILTON,

      Plaintiff,

v.

      File no: 1:22-cv-663

      HON. ROBERT J. JONKER

COMMISSIONER OF
SOCIAL SECURITY,

      Defendant.
_____/

## ORDER APPROVING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Second Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. No objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**NOW THEREFORE**, the Second Report and Recommendation (ECF No.18) is hereby adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** the stipulation of the parties (ECF No. 14) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff is awarded fees per the Equal Access to Justice Act (EAJA) in the amount of $6,200.00.

**IT IS FURTHER ORDERED** that payment of the fees shall be paid directly to Plaintiff.


Dated:   April 17, 2023          /s/ Robert J. Jonker
                                              ROBERT J. JONKER
                                              UNITED STATES DISTRICT JUDGE